## 49329. MOUNTAIN HARDWOODS & PINE, INC. v. COOSA RIVER SAWMILL COMPANY.

STOLZ, Judge.

The decision of this court in the present case reversing with direction the judgment of the trial court (*Mountain Hardwoods & Pine v. Coosa River Sawmill Co.,*

132 Ga. App. 224 (207 SE2d 643)) having been reversed by the Supreme Court (*Mountain Hardwoods & Pine v. Coosa River Sawmill Co.*, 233 Ga. 414), our decision is hereby vacated and the judgment of the trial court is affirmed in accordance with the decision of the Supreme Court in this case.

*Judgment affirmed. Deen, P. J., and Marshall, J., concur.*

DECIDED MARCH 13, 1975.

*Wright, Walther & Morgan, Robert G. Walther,* for appellant.

*Rogers, Magruder & Hoyt, Wade C. Hoyt, Jr.,* for appellee.